**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

**March 25, 2024**

**Christopher M. Wolpert**
**Clerk of Court**

_____

DANNY ZIPRIS,

    Plaintiff - Appellant,

v.

KATHLEEN M. JANSKI, Magistrate,
Arapahoe County Court, 7325 S. Potomac
Street, Centennial, CO 80112; JOHN E.
SCIPIONE, Judge, Arapahoe County
District Court, 7325 South Potomac Street,
Centennial, CO 80112,

    Defendants - Appellees.

No. 23-1375
(D.C. No. 1:22-CV-03160-RMR-STV)
(D. Colo.)

_____

### ORDER

_____

This appeal is dismissed for lack of prosecution pursuant to Tenth Circuit Rule

42.1. A copy of this order shall stand as and for the mandate of this court. Appellees'

motion to dismiss is denied as moot.


Entered for the Court


CHRISTOPHER M. WOLPERT, Clerk